# EXHIBIT A

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ALEXANDRA S. TATOSIAN, | ) | 2016L001528 |
| | ) | CALENDAR/ROOM D |
| Plaintiff, | ) | TIME 00:00 |
| | ) | PI Motor Vehicle |
| v. | ) No. | |
| | ) | |
| ALEX MESKE and SAM VAN GALDER, | ) | *Plaintiff Demands a Trial by Six-Person* |
| INC., a Wisconsin corporation, d/b/a VAN | ) | *Jury.* |
| GALDER, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**COMPLAINT AT LAW**

**COUNT I – NEGLIGENCE – ALEX MESKE**

Plaintiff, ALEXANDRA S. TATOSIAN, by and through her attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of Defendant, ALEX MESKE ("MESKE"), states as follows:

1. On December 22, 2015, Interstate 90 was a public way running generally in a northwest-southeast direction at or near its intersection with West Logan Boulevard, a public road running in an east-west direction in Chicago, Cook County, Illinois.

2. At said time and place, Plaintiff, ALEXANDRA S. TATOSIAN (hereinafter "TATOSIAN"), operated a 2003 Saturn Ion motor vehicle in a southeastern direction on Interstate 90 near its intersection with West Logan Boulevard.

3. At said time and place, Defendant, ALEX MESKE (hereinafter "MESKE"), operated, managed, maintained, and/or controlled a 2011 motor coach industries bus motor vehicle in a southeast direction on Interstate 90 at or near its intersection with West Logan Boulevard in Chicago, Cook County, Illinois.

4. On December 22, 2015, Defendant, MESKE, was the duly authorized agent and/or employee of Defendant, VAN GALDER, and was acting within the course and scope of his agency and/or employment.

5. At said time and place, the motor vehicle owned, operated, managed, maintained and/or controlled by Defendant, MESKE, was involved in a collision with a vehicle operated by Plaintiff, TATOSIAN.

6. At said time and place, Defendant, MESKE, was negligent in one or more of the following respects:

   a. Operated a motor vehicle without keeping proper and sufficient lookout;

   b. Operated a motor vehicle at a speed greater than was reasonable and proper in violation of 625 ILCS 5/11-601(b); and/or

   c. Failed to decreased speed to avoid a collision on a highway in violation of 625 ILCS 5/11-601(a).

7. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, TATOSIAN, sustained serious injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, ALEXANDRA S. TATOSIAN, prays that judgment be entered against Defendant, ALEX MESKE, for an amount in excess of the jurisdictional limits of this Court.

## COUNT II – NEGLIGENCE – VAN GALDER

Plaintiff, ALEXANDRA S. TATOSIAN, by and through her attorneys, TOMASIK KOTIN KASSERMAN, LLC, complaining of Defendant, SAM VAN GALDER, INC. a Wisconsin Corporation, states as follows:

1. On December 22, 2015, Interstate 90 was a public way running generally in a northwest-southeast direction at or near its intersection with West Logan Boulevard, a public road running in an east-west direction in Chicago, Cook County, Illinois.

2. At said time and place, Plaintiff, ALEXANDRA S. TATOSIAN (hereinafter "TATOSIAN"), operated a 2003 Saturn Ion motor vehicle in a southeastern direction on Interstate 90 near its intersection with West Logan Boulevard.

3. At said time and place, Defendant, VAN GALDER, by and through its agent and/or employee, ALEX MESKE (hereinafter "MESKE"), operated, managed, maintained, and/or controlled a 2011 motor coach industries bus motor vehicle in a southeast direction on Interstate 90 at or near its intersection with West Logan Boulevard in Chicago, Cook County, Illinois.

4. On December 22, 2015, Defendant, MESKE, was the duly authorized agent and/or employee of Defendant, VAN GALDER, and was acting within the course and scope of his agency and/or employment.

5. At said time and place, the motor vehicle owned, operated, managed, maintained and/or controlled by Defendant, VAN GALDER, by and through its duly authorized agent and/or employee, MESKE, was involved in a collision with a vehicle operated by Plaintiff, TATOSIAN.

6. At said time and place, Defendant, VAN GALDER, by and through its duly authorized agent and/or employee, MESKE, was negligent in one or more of the following respects:

   a. Operated a motor vehicle without keeping proper and sufficient lookout;

   b. Operated a motor vehicle at a speed greater than was reasonable and proper in violation of 625 ILCS 5/11-601(b); and/or

   c. Failed to decrease speed to avoid a collision on a highway in violation of 625 ILCS 5/11-601(a).

7. As a direct and proximate result of one or more of the aforementioned negligent acts and/or omissions, Plaintiff, TATOSIAN, sustained serious injuries of a personal and pecuniary nature.

WHEREFORE, Plaintiff, ALEXANDRA S. TATOSIAN, prays that judgment be entered against Defendant, SAM VAN GALDER, a Wisconsin corporation d/b/a VAN GALDER, for an amount in excess of the jurisdictional limits of this Court.

_____
One of Plaintiff's Attorneys

Timothy S. Tomasik
Patrick J. Giese
TOMASIK KOTIN KASSERMAN, LLC
10 South LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 Fax
Firm I.D. No. 56323
tim@tkklawfirm.com
pat@tkklawfirm.com
www.tkklawfirm.com

IN THE CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ALEXANDRA S. TATOSIAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. |
| | ) |
| ALEX MESKE and SAM VAN GALDER, | ) |
| INC., a Wisconsin corporation, d/b/a VAN | ) |
| GALDER, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## RULE 222(b) AFFIDAVIT

I, TIMOTHY S. TOMASIK, state under oath:

1. I am an attorney associated with TOMASIK KOTIN KASSERMAN, LLC, and am responsible for filing the Complaint at Law in this matter.

2. The total money damages sought by Plaintiff does exceed $50,000.00, exclusive of interest and costs.

_____
TIMOTHY S. TOMASIK, One of Plaintiff's Attorneys

Subscribed and Sworn to before me
this 11th day of February, 2016.

_____
Notary Public

OFFICIAL SEAL
SHAYNA M REVER
Notary Public - State of Illinois
My Commission Expires Feb 5, 2017

Timothy S. Tomasik
Patrick J. Giese
TOMASIK KOTIN KASSERMAN, LLC
10 South LaSalle Street, Suite 2920
Chicago, Illinois 60603
(312) 605-8800
(312) 605-8808 Fax
Firm I.D. No. 56323
tim@tkklawfirm.com
pat@tkklawfirm.com
www.tkklawfirm.com