# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Alexandra S Tatosian

                Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:16−cv−03534
　　　　　　　　　　　　　　　　　　　　Honorable Joan B. Gottschall

Alex Meske, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 7, 2018:

      MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Only counsel for defendant appeared. Counsel reported on the status of the related case in state court. A settlement conference in the state court is set for 10/3/18, and the parties intend informally to discuss settlement of this case as well. Status hearing set for 10/12/18 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.