# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ALEXANDRA S. TATOSIAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:16-cv-03534 |
| ) | |
| ALEX MESKE and SAM VAN GALDER, ) | |
| INC., a Wisconsin corporation, d/b/a/ ) | |
| VAN GALDER, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ALEXANDRA S. TATOSIAN, and Defendants, ALEX MESKE and SAM VAN GALDER, INC., through their respective attorneys, that said action be dismissed, with prejudice, and without costs to all parties, all costs having been paid and all matters in controversy for when said action was brought having been fully settled, compromised and adjourned. This Court shall retain jurisdiction to adjudicate liens, if any.

Dated: October 11, 2018

| ALEXANDRA S. TATOSIAN | ALEX MEKSE and SAM VAN GALDER, INC. |
|---|---|
| /s/ Timothy S. Tomasik<br>By:_____<br>One of her Attorneys | /s/ Corinne L. Conrad<br>By:_____<br>One of their Attorneys |
| Timothy S. Tomasik<br>TOMASIK KOTIN KASSERMAN, LLC<br>161 N. Clark Street<br>Suite 3050<br>Chicago, IL 60603<br>Tel: 312.605.8800 | David M. Goldhaber<br>Corinne L. Conrad<br>Wilson Elser Moskowitz Edelman & Dicker LLP<br>55 West Monroe Street, Suite 3800<br>Chicago, Illinois 60603<br>Tel: 312.704-0550 |

2594719v.1