IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALEXANDRA S. TATOSIAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:16-cv-03534 |
| ALEX MESKE and SAM VAN GALDER, INC., a Wisconsin corporation, d/b/a/ VAN GALDER, | ) ) ) ) |
| Defendants. | ) |

## STIPULATION TO DISMISS WITH PREJUDICE PURSUANT TO SETTLEMENT

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ALEXANDRA S. TATOSIAN, and Defendants, ALEX MESKE and SAM VAN GALDER, INC., through their respective attorneys, that said action be dismissed, with prejudice, and without costs to all parties, all costs having been paid and all matters in controversy for when said action was brought having been fully settled, compromised and adjourned.

Dated: November 19, 2018

ALEXANDRA S. TATOSIAN

/s/ Patrick J. Giese
By:_____
One of her Attorneys

Timothy S. Tomasik
Patrick J. Giese
TOMASIK KOTIN KASSERMAN, LLC
161 N. Clark Street
Suite 3050
Chicago, IL 60603
Tel: 312.605.8800

ALEX MEKSE and
SAM VAN GALDER, INC.

/s/ Corinne L. Conrad
By:_____
One of their Attorneys

David M. Goldhaber
Corinne L. Conrad
Wilson Elser Moskowitz Edelman & Dicker LLP
55 West Monroe Street, Suite 3800
Chicago, Illinois 60603
Tel: 312.704-0550

2616960v.1